IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALESIA GONZALEZ,

    Plaintiff,

v.                                                                          No. 20-cv-0421 RB/SMV

IMTT EPIC LLC,

    Defendant.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    December 14, 2021, at 3:30 p.m. MST

**Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **December 14, 2021, at 3:30 p.m. MST**. Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. Parties shall be prepared to discuss whether to schedule a settlement conference. Counsel are reminded to have their calendars available for the hearing, as well as the calendar of any other person whose presence will be required at the settlement conference.

    **IT IS SO ORDERED.**

                                                                   **STEPHAN M. VIDMAR**
                                                                    **United States Magistrate Judge**